# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **AZURE NETWORKS, LLC,** *et al.*, | § § | |
| *Plaintiffs*, | § § | Civil Action No. 6:12-CV-252-MHS |
| v. | § § | JURY TRIAL DEMANDED |
| **MEDIATEK INC.**, | § § | (LEAD CASE) |
| *Defendant*. | § § | |
| **AZURE NETWORKS, LLC, ET AL.,** | § § | |
| *Plaintiffs*, | § § | Civil Action No. 6:12-CV-751-MHS |
| v. | § § | JURY TRIAL DEMANDED |
| **ACER AMERICA CORPORATION,** *et al.*, | § § § | (CONSOLIDATED CASE) |
| *Defendants*. | § § | |

## ORDER

The Joint Motion filed by Plaintiffs Azure Networks, LLC and Tri-County Excelsior Foundation and Defendants Acer America Corporation and Acer Inc. ("Acer") to Dismiss Claims Without Prejudice under Fed. R. Civ. P. 41(a)(2) shall be, and hereby is, GRANTED (Doc. No. 173). All claims asserted by Plaintiffs in this action are hereby DISMISSED WITHOUT PREJUDICE.

Plaintiffs and Acer will each bear their own costs, expenses and legal fees.

**It is SO ORDERED.**

**SIGNED this 31st day of May, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE